Emeline Whittemore, in equity,

*vs.*

Charles B. Russell, administrator, and others.

Franklin.    Opinion June 29, 1886.

*Equity practice. R. S., c. 77, § § 20, 23, 25.*

The law court has no jurisdiction of a cause in equity reported upon agreement of counsel alone. The methods of procedure provided by R. S., c. 77, § § 20, 23, 25, only, can give the law court jurisdiction in such cases.

Bill in equity.

The case came to the law court upon the following agreement signed by the respective counsel : "Emeline Whittemore, in eq. *v*. Charles B. Russell, Adm'r, et als. The above case is hereby made law by agreement of parties. Replication waived. Bill, answer and depositions of James P. Russell and Emeline Whittemore to make case."

*J. C. Holman*, for the plaintiff.

*S. Clifford Belcher*, for the defendant.

Haskell, J.    Causes in equity come before the law court by two methods of procedure. R. S., c. 77, § § 20, 23 and 25.

I.    After decree, entered by the presiding justice at *nisi prius*, upon appeal, or bill of exceptions.

II.  Upon report, when the presiding justice is of opinion and so certifies in the record, that any question of law is involved of sufficient importance, or doubt, to justify the same, and the parties agree thereto.

Of this cause, the law court takes no jurisdiction from the record presented, and has no power to hear and determine the same.

*Dismissed from the law docket.*

PETERS, C. J., WALTON, VIRGIN, EMERY and FOSTER, JJ., concurred.